UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **REVELSTOKE VENTURE, LLC,** | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:23-cv-00963-O-BP |
| **ELISHA HOLLOWAY**, *et al.*, | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 9), filed November 17, 2023. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. Having reviewed the proposed Findings, Conclusions, and Recommendation for plain error and finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the above-captioned case be **REMANDED** to the County Court at Law Number One of Tarrant County, Texas. The Clerk of Court is **DIRECTED** to mail a certified copy of this Order to the appropriate clerk.

**SO ORDERED** on this **5th day** of **December, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE